(81 South. 893)

FILLER et al. v. SHERROD. (6 Div. 536.) (Court of Appeals of Alabama. April 24, 1919.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Beddow & Oberdorfer, of Birmingham, for appellants. W. T. Sherrod, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(84 South. 926)

FINCH v. STATE. (1 Div. 352.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Tisdale J. Touart, of Mobile, for appellant. J. Q. Smith, Atty. Gen., and Lamar Fields, Asst. Atty. Gen., for the State.

PER CURIAM. It being made known to the court that the appellant is a fugitive from justice, his appeal is dismissed.

(85 South. 925)

FOSTER v. STATE. (6 Div. 627.) (Court of Appeals of Alabama. May 12, 1920.) Appeal from Circuit Court, Jefferson County; F. Loyd Tate, Judge. Annie Amelia Foster was convicted of assault with intent to murder, and she appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. This defendant was indicted for the offense of assault with intent to murder, was convicted as charged by the jury, and the court gave her an indeterminate sentence of from 2 years' to 20 years' imprisonment in the penitentiary. This appeal is upon the record proper, without bill of exceptions. The clerk of the court certifies that the time for filing a bill of exceptions has expired. Upon an examination of the record, we find it free from error; and therefore the judgment of the circuit court must be affirmed. Affirmed.

(85 South. 925)

FREEMAN v. STATE. (1 Div. 394.) (Court of Appeals of Alabama. June 1, 1920.) Appeal from Circuit Court, Mobile County; Claud A. Grayson, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellant.

(81 South. 893)

FULLERTON v. STATE. (5 Div. 304.) (Court of Appeals of Alabama. May 6, 1919.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

(82 South. 895)

GAY v. NORTHEN. (7 Div. 574.) (Court of Appeals of Alabama. June 5, 1919.) Appeal from Circuit Court, Clay County; Hugh D. Merrill, Judge. W. M. Lackey, of Ashland, for appellee.

PER CURIAM. Appeal dismissed.

(85 South. 925)

GAY v. STATE. (6 Div. 670.) (Court of Appeals of Alabama. June 1, 1920.) Appeal from Circuit Court, Cullman County; O. Kyle, Judge. Frank Gay was convicted of manufacturing spirituous liquors, and he appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. The defendant was convicted of the offense of distilling, making, or manufacturing alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol; the indictment averring that "said offense was committed by the defendant subsequent to the 25th day of January, 1919." He was given an indeterminate sentence of not less than 13 months' nor more than 15 months' imprisonment in the penitentiary, and from this judgment this appeal is taken. A careful examination of the record discloses that it is free from error of any character. A similar examination of the bill of exceptions shows that throughout the entire trial no exception was reserved to any ruling of the court. No special charges were refused to defendant, and none requested or given at the instance of the state. It follows, therefore, that the judgment of the lower court must be affirmed. Affirmed.

(85 South. 925)

GIBSON v. STATE. (4 Div. 652.) (Court of Appeals of Alabama. June 22, 1920.) Appeal from Circuit Court. Pike County; A. B. Foster, Judge. Tom Gibson, alias, etc., was indicted and convicted of assault with intent to murder. From the judgment, he appeals. Affirmed. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions. We have examined the record, and find no reversible error. The judgment is affirmed. Affirmed.

(82 South. 895)

GREEN v. DICKERSON. (7 Div. '569.) (Court of Appeals of Alabama. June 5, 1919.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Willett, Willett & Walker, of Anniston, for appellant. Ross Blackmon, of Anniston, for appellee.

PER CURIAM. Appeal dismissed.